[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 13, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-10573
Non-Argument Calendar

_____

D. C. Docket No. 07-20309-CR-PCH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYNIER PUPO,
a.k.a. Ray

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 13, 2009)

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Raynier Pupo, filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v.</u> <u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Pupo's conviction and sentence are **AFFIRMED.**